UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**JASON ANTHONY PHIPPS**
**AMY JOHNSON PHIPPS**

DEBTOR(S)

BANKRUPTCY NO.
09-12516
SECTION "B"

CHAPTER 13

## ORDER OF DISMISSAL

This matter was scheduled to come before the Honorable Jerry A. Brown on June 2, 2010 as a hearing on the motion of S.J. Beaulieu, Jr., Chapter 13 Trustee, to dismiss case *for failure to make plan payments* (**P-38**).

Proper notice having been given and no objection having been filed,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **DISMISSED.**

**IT IS FURTHER ORDERED** that the stay resulting from the filing of the voluntary petition is **SET ASIDE AND VACATED.**

New Orleans, Louisiana, June 3, 2010.

_____
JERRY A. BROWN
BANKRUPTCY JUDGE